In the Matter of the Accounting of FREDERICK T. WALKER, as Trustee under the Will of HUGH C. FOX, Deceased. HUGH C. FOX, JR., Appellant; FREDERICK T. WALKER, Individually and as Surviving Trustee under the Will of HUGH

C. Fox, Deceased, et al., Respondents.—

No opinion.
Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Townley, J., dissents on the authority of *Smith* v. *Floyd* (193 N. Y. 683). [180 Misc. 152.]